Kevin R. Sutherland (State Bar No. 163746)
Benedict E. Idemundia (State Bar No. 289386)
Celia K. Rosas (State Bar No. 327453)
CLYDE & CO US LLP
355 S. Grand Avenue, Suite 1400
Los Angeles, California 90071
Telephone: (213) 358-7600
Facsimile: (213) 358-7650
Email: kevin.sutherland@clydeco.us
       benedict.idemundia@clydeco.us
       celia.rosas@clydeco.us

Attorneys for Plaintiff
VISTAJET LIMITED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VISTAJET LIMITED,<br><br>        Plaintiff,<br><br>    v.<br><br>GOLDEN WINGS JET GLOBAL LLC,<br><br>        Defendant. | Case No.: 2:21-cv-00880<br><br>COMPLAINT SEEKING RECOGNITION OF FOREIGN COUNTRY MONEY JUDGMENT |

**INTRODUCTION**

1. This action seeks the recognition of a foreign-country money judgment from the United Kingdom (the "UK Judgment") issued by the High Court of Justice of England and Wales (the "UK Court") finding that money is due and payable by defendant Golden Wings Jet Global LLC ("Golden Wings" or the "Defendant") to plaintiff VistaJet Limited ("VistaJet").

2. VistaJet seeks recognition of the UK Judgment pursuant to the Uniform Foreign-Country Money Judgments Recognition Act ("UFCMJRA"), which is codified in the California Code of Civil Procedure ("Ca. Civ. Pro. Code") Section 1713, *et seq.*, and principles of international comity.

/ /

COMPLAINT SEEKING RECOGNITION OF FOREIGN COUNTRY MONEY JUDGMENT

## JURISDICTION AND VENUE

3. This Court has subject matter jurisdiction pursuant to 28 U.S.C. Section 1332(a) because the amount in controversy exceeds $75,000 exclusive of interest and costs and there is diversity of citizenship between the parties.

4. VistaJet is a limited liability company incorporated under the laws of Malta, with its offices at SkyParks Business Centre, Malta International Airport, Luqa LQA 4000, Malta.

5. Golden Wings is a limited liability company organized and existing pursuant to the laws of California, with its registered offices at 9465 Wilshire Boulevard, Suite 300, Beverly Hills, California, 90212. Further, VistaJet is informed and believes and thereon alleges that Golden Wings was doing substantial business in and had ongoing and continuous contacts with the State of California sufficient for this court to exercise jurisdiction.

6. Venue is proper in this Court pursuant to 28 U.S.C. Section 1391(b)(1) as the Central District is the district within which the defendant resides.

## BACKGROUND

7. VistaJet provides and operates private aircraft, usually executive jets, for its customers pursuant to their program partnership agreements.

8. VistaJet's underlying claim is a simple debt claim for sums due, plus interest, under an On Demand Contract for the use of a VistaJet Global aircraft for three flights, respectively, on April 22, April 24, and April 25, 2018 (the "Flights") (the "Contract"). Under the terms of the Contract, the defendant agreed to pay $210,420 for the Flights.

9. On April 8, 2018, VistaJet provided the defendant with an invoice for $210,420, which was the amount due in respect of the Flights (the "First Invoice"). On April 18, 2018, the defendant confirmed that payment of the First Invoice would be completed in three wire transfers and that the first wire transfer of $80,000 had been sent.

10. The Flights went ahead and, on the final leg, additional costs for dining in the amount of $84 were incurred. On April 25, 2018, an invoice for these additional dining costs was sent to the defendant (the "Second Invoice").

11. In breach of the Contract, the defendant failed to make any further payment following the initial wire transfer of $80,000, leaving a total unpaid balance of $130,504 in respect of the First Invoice and the Second Invoice.

## THE UK ACTION AND JUDGMENT

12. After pre-action correspondence from VistaJet to the defendant did not result in the defendant paying the sums owed, on August 27, 2020, VistaJet commenced an action (the "UK Action") in the High Court of Justice of England and Wales (the "UK Court") by filing a Claim Form and Particulars of Claim.

13. On September 8, 2020, the UK Court granted VistaJet permission to serve the defendant with the Claim Form, Particulars of Claim, and any other document in the proceedings, at its registered address at 9465 Wilshire Boulevard, Suite 300, Beverly Hills, California, 90212 (the "Order of Service").

14. On October 8, 2020, pursuant to the Order of Service and in compliance with California law, the Claim Form and Particulars of Claim were duly served upon the defendant by personal delivery to the defendant's registered address in California.

15. On October 19, 2020, VistaJet also sent the Claim Form and Particulars of Claim by email to an Officer of Golden Wings, Mr. Eldad Lieberman.

16. Upon being served in the UK Action, the defendant had until October 30, 2020, to file an acknowledgement of service or until November 13, 2020, to file a defense to the UK Action.

17. Despite having been properly served, the defendant failed to file an acknowledgement of service, a defense, or an admission, and, thus, defaulted in the UK Action.

18. On November 30, 2020, VistaJet moved for a default judgment against the defendant in the UK Action.

19. On November 30, 2020, the UK Court issued the UK Judgment. A true and correct copy of the duly certified and authenticated UK Judgment is attached hereto as Exhibit A, made a part hereof and incorporated herein by reference.

20. The UK Judgment directs, in pertinent part, the following:

> 2. The Defendant shall pay the Claimant the following sums:
>    a) USD 130,588 in respect of the Debt under the Contract, or the Sterling equivalent at the time of payment;
>    b) Contractual interest of 10% per annum on the amount payable in respect of the Contract in the amount of USD 34,124.58, or the Sterling equivalent at the time of payment, and continuing at the daily rate of USD 35.75 in respect of the Outstanding Balance and USD 0.02 in respect of the Second Invoice, thereafter until the date of judgment;
>    c) Judgment interest at 8%, or such rate as the court thinks fit under Section 44A of the Administration of Justice Act 1970, from the date of judgment until the date of full and final payment;
>    d) the Defendant shall pay the Claimant's costs associated with the recognition and enforcement of this Order in California or elsewhere in the United States of America, which are to be assessed; and
> 3. The Defendant shall pay the Claimant's costs of this action which are summarily assessed at GBP 35,563.45.

21. The UK Judgment is final and remains unpaid and is due and owing.

### THE CONDITIONS FOR RECOGNITION ARE SATISFIED

22. The UFCMJRA, codified in California Code of Civil Procedure Section 1713, *et seq*., governs the recognition of foreign-country money judgments in California.

23. The UK Judgment is a foreign-country judgment within the meaning of California Code of Civil Procedure Section 1715(a) as it grants recovery of a sum of money and is final, conclusive, and enforceable in the foreign country where it was rendered.

24. None of the exceptions to recognition set forth in California Code of Civil Procedure Section 1716(b) are applicable in that: (a) the United Kingdom provides a judicial system that does provide impartial tribunals and procedures compatible with the requirements of due process of law; (b) the UK Court had personal jurisdiction over the defendant; and (c) the UK Court had jurisdiction over

1  the subject matter jurisdiction of the dispute between the parties as agreed to under the
2  terms of the Contract.
3      25.   Moreover, none of the exceptions to recognition set forth in California
4  Code of Civil Procedure Section 1716(c)(1) are applicable.
5      WHEREFORE, Plaintiff VistaJet prays:
6      1.   That the UK Judgment be recognized as a valid judgment for Plaintiff
7  and be entered as a California judgment;
8      2.   That Plaintiff recover its costs of suit; and
9      3.   For such other and further relief as this Court deems just and proper.
10 Dated: January 29, 2021         CLYDE & CO US LLP

By: _____
KEVIN R. SUTHERLAND
BENEDICT E. IDEMUNDIA
CELIA K. ROSAS
Attorneys for Plaintiff
VISTAJET LIMITED

CLYDE & CO US LLP
355 S. Grand Avenue, Suite 1400
Los Angeles, California 90071
Telephone: (213) 358-7600

5347712
-5-
COMPLAINT SEEKING RECOGNITION OF FOREIGN COUNTRY MONEY JUDGMENT