JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| VISTAJET LIMITED, | CV 21-880 PA (SHKx) |
|---|---|
| Plaintiff, | JUDGMENT |
| v. | |
| GOLDEN WINGS JET GLOBAL LLC, | |
| Defendants. | |

Pursuant to the Court's June 16, 2021 Minute Order dismissing this action for lack of prosecution and for failure to comply with a Court order,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED: June 16, 2021

                                              Percy Anderson
                                   UNITED STATES DISTRICT JUDGE